J-S32026-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| DEAN L. PROPER, | |
| Appellant | No. 1855 WDA 2014 |

Appeal from the PCRA Order of October 23, 2014
In the Court of Common Pleas of Mercer County
Criminal Division at No(s): CP-43-CR-0000675-2013

BEFORE: SHOGAN, OLSON AND MUSMANNO, JJ.

JUDGMENT ORDER PER CURIAM:                    **FILED JUNE 19, 2015**

Appellant, Dean L. Proper, appeals from the order entered on October 23, 2014 dismissing his petition filed pursuant to the Post-Conviction Relief Act, 42 Pa.C.S.A. § 9541-9546. We dismiss the appeal.

On May 19, 2015, we entered the following order:

> In order to be eligible for relief under the Post-Conviction Relief Act, a petitioner must be "[] currently serving a sentence of imprisonment, probation[,] or parole for the crime[.]" 42 Pa.C.S.A. § 9543(a)(1)(i). On November 26, 2013, Appellant was sentenced to an aggregate term of 6 to 24 months' imprisonment with credit for time served back to May 14, 2013. Therefore, it appears that Appellant is no longer serving a sentence of imprisonment, probation, or parole for this conviction.
>
> AND NOW, this 19[th] day of May, 2015, IT IS HEREBY ORDERED that, within ten days of this order, Appellant shall show cause why this appeal should not be dismissed.

Order, 5/19/15.

To date, no response has been filed. As such, Appellant has waived any argument that he is still serving a term of imprisonment, probation, or parole for this conviction. Accordingly, we dismiss this appeal as moot. ***See Commonwealth v. Schmohl***, 975 A.2d 1144, 1149 (Pa. Super. 2009) (citation omitted) (if a petitioner finishes serving his sentence while an appeal is pending, the case is moot).

Appeal dismissed.


Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 6/19/2015